HENRY O. WOMACK v. S. O. THORNE, WADE W. WELCH, GRINNELL
   COMPANY, INCORPORATED, AND GENERAL FIRE EXTINGUISHER COM-
   PANY.

(Filed 22 November, 1933.)

APPEAL by plaintiff from *Cowper, Special Judge,* at June Term, 1933,
of MECKLENBURG. Affirmed.

*Taliaferro & Clarkson and Carswell & Ervin for plaintiff.*
*C. H. Gover and William T. Covington, Jr., for defendants.*

PER CURIAM. This was a motion made by the defendants for the
removal of the action to the United States District Court for the Western
District of North Carolina for improper joinder of parties plaintiff. The
clerk of the Superior Court allowed the motion and on appeal to the
Superior Court the judgment was affirmed. The plaintiff appealed to
the Supreme Court assigning error. The judgment of the Superior Court
is affirmed. *Brown v. R. R.,* 204 N. C., 25; *Culp v. Ins. Co.,* 202 N. C.,
87; *Overton v. R. R., ibid.,* 848; *Matthews v. Lumber Co.,* 198 N. C.,
129; *Wright v. Utility Co., ibid.,* 204; *Ferris v. R. R.,* 194 N. C., 653.
   Affirmed.